# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                     dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                     ltrust@osbornlawpc.com

June 23, 2026

> The requested extension is excessive. The Court grants an extension as follows: Plaintiff's motion is due Sept. 1, 2026; Defendant's response is due Nov. 1, 2026; Plaintiff's reply is due Nov. 22, 2026.

**VIA ECF**

**SO ORDERED:**

6/23/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Ortiz v. Commissioner of Social Security*
       Civil Action No. 1:26-cv-02752-RWL

Dear Judge Lehrburger,

We write on behalf of our client, Angelik Ortiz, with the consent of the defense, to request a 90-day extension of time to file her motion for judgment on the pleadings which is currently due on July 3, 2026, per the Court's Standing Scheduling Order. This is the parties' first request for an extension.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **September 30, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **November 30, 2026**; and

- Plaintiff to file her reply, if any, on or before: **December 14, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036                Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Robert W. Lehrburger
June 23, 2026
Page Two


Thank you for your consideration of this request.


Respectfully submitted,


s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
ltrust@osbornlawpc.com


cc: Fergus John Kaiser, Esq. (by ECF)