# OSBORN LAW P.C.

Lindsay M. Trust, Esq. ltrust@osbornlawpc.com


SO ORDERED:

9/3/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

September 3, 2026

**VIA ECF**

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Ortiz v. Commissioner of Social Security*
Civil Action No. 1:26-cv-02752-RWL

Dear Judge Lehrburger,

We write on behalf of plaintiff Angelik Ortiz, with the consent of Defendant, to respectfully request a 14-day extension of time, from September 1, 2026 through September 15, 2026, to file Plaintiff's motion for judgment on the pleadings, which was due on September 1, 2026 pursuant to the Court's June 23, 2026 Order. This is the parties' second request for an extension of time.

The reason for this request is that Plaintiff's counsel inadvertently calendared the deadline incorrectly and, as a result, did not realize that Plaintiff's brief was due on September 1, 2026 until after the deadline had passed. The undersigned apologizes to the Court for the oversight.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **September 15, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **November 16, 2026**; and

- Plaintiff to file her reply, if any, on or before: **November 30, 2026.**

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)